IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00091-EWN-PAC

SHANNON ENDRES,

      Plaintiff(s),

v.

HEP-DENVER, LTD., a Colorado limited partnership, d/b/a THE MAGNOLIA HOTEL, and STEVENS HOLTZE CORPORATION, a Colorado corporation,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion to Vacate and Reset Pretrial Conference and to Amend the Scheduling Order Discovery Deadline [filed July 17, 2006; Doc. No. 18] is **GRANTED** as follows:

      The discovery cutoff is extended to **September 15, 2006** for the sole purpose of completing depositions.

      The dispositive motions deadline remains set for September 25, 2006 and will not be extended.

      IT IS **FURTHER ORDERED** that the Preliminary Pretrial Conference set for July 18, 2006 is *vacated and reset* to **August 21, 2006 at 8:30 a.m.**, in Courtroom A501.  The proposed Preliminary Pretrial Order in Judge Nottingham's format is due on or before **August 16, 2006.**

Dated:  July 18, 2006